COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:    01-21-00455-CV

Style:                      FMC Technologies, Inc. v. Richard Murphy and Dril-Quip, Inc.

Trial Court Case Number:     2020-63081

Trial Court:                127th District Court of Harris County

Type of Motion:             Objection to Mediation

Party Filing Motion:        Appellant

      Appellant has objected to mediation.  The Court's mediation order dated August 31, 20201  is withdrawn.


Judge's signature: /s/ Julie Countiss
                Acting individually

Date:  September 10, 2021


---

*    Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).